IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MELODY PHILBROOK,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.
_____

Civ. No. 6:18-cv-01689-AA

JUDGMENT

Pursuant to plaintiff's Notice of Voluntary Dismissal, this case is DISMISSED.

DATED: 10/9/2018

                Mary L. Moran, Clerk

                By    /s/ Cathy Kramer
                        Deputy Clerk

1 –JUDGMENT